**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 27, 2013.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00204-CV

### CHARLES W. WHITE AND DONNA M. GREEN, Appellants

### V.

### CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND AFFILIATED CLAIMS SERVICE, INC., Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-59506**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 4, 2013.  On August 16, 2013, the parties filed an agreed motion to dismiss the appeal in order to effectuate a compromise and settlement agreement.  *See* Tex. R. App. P. 42.1.  The motion is granted.  Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices McCally and Busby.